IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN J. KELLY,

    Appellant,

v.

BERNARD CHARLES SEIDLING, CHRISTINE ANN SEIDLING, PETER FLATLAND HERRELL, DANIEL R. FREUND, ROBERT C. MEYER, SUNSHINE FAMILY LIMITED PARTNERSHIP, OAKRIDGE FAMILY LIMITED PARTNERSHIP, C&A INVESTMENTS, MIDWEST FINANCIAL, FOUR STAR PROPERTIES, INC., OASIS FAMILY LIMITED PARTNERSHIP, JERRY JOHNSON REVOCABLE TRUST and PATRICK S. LAYNG,

    Appellees.

Case No. 20-cv-806-bbc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Brian J. Kelly's appeal and dismissing this case.

| /s/ | 7/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |