UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

BRIAN J. KELLY,

    &amp;

PAUL L. KELLY,

        Appellants,

v.

BERNARD CHARLES SEIDLING, CHRISTINE A. SEIDLING, PETER FLATLAND HERRELL, DANIEL R. FREUND, ROBERT C. MEYER, SUNSHINE FAMILY LIMITED PARTNER-SHIP, OAKRIDGE FAMILY LIMITED PARTNERSHIP, C & A INVESTMENTS, MIDWEST FINANCIAL, FOUR STAR PROPERTIES,INC., OASIS FAMILY LIMITED PARTNERSHIP, JERRY JOHNSON REVOCABLE TRUST AND U.S. TRUSTEE PATRICK S. LAYING,

        Appellees.

Case No. 20-806-bbs

**JOINT APPEAL**

FILED/REC'D
8:00 AM
AUG -6 2021
U.S. BANKRUPTCY COURT
CLERK

---

NOTICE OF APPEAL FROM A JUDGMENT AND ORDER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT  (Bankruptcy Adversary Case)

---

    BRIAN J. KELLY and PAUL L. KELLY, the appellants herein, do hereby

appeal to the United States Seventh Circuit Court of Appeals from the OPINION &

ORDER entered and filed on July 6, 2021(Document # 14) in this matter by the

-2-

United States District Court for the Western District of Wisconsin, Honorable Barbara B. Crabb presiding.

Appellants do, hereby, further appeal to the same said court of appeals the JUDGMENT IN A CIVIL CASE (Document #15) entered and filed on July 7, 2021in this matter by the United States District Court for the Western District of Wisconsin, also with the Honorable Barbara B. Crabb presiding.

### Parties & Interested Parties

The parties to the OPINION & ORDER (Document #14) and the JUDGMENT IN A CIVIL CASE (Document # 15) are as follows:

| | |
|---|---|
| Bernard C. Seidling<br>7373 Stone Hill Road<br>Hayward, WI 54843 | Adversary Defendant (Non-appearing)<br>District Court Appellee (Non-appearing) |
| Bernard C, Seidling<br>132 N. Indies Drive (Duck Key)<br>Marathon, FL 33050 | (Same Person as Immediately Above)<br>(Non-appearing) |
| Christine A. Seidling<br>152 N. Indies Drive  (Duck Key)<br>Marathon, FL 33050 | Adversary Defendant (Non-appearing)<br>District Court Appellee (Non-appearing) |
| Oasis Limited Family Partnership<br>c/o Christine A. Seidling<br>152 N. Indies Drive (Duck Key)<br>Marathon, FL 33050 | Adversary Defendant (Non-appearing)<br>District Court Appellee (Non-appearing) |

-3-

## Parties & Interested Persons (Continued)

| | |
|---|---|
| Peter F. Herrell<br>Nodolf & Flory, LLP<br>326 Water Street<br>P. O. Box 1165<br>Eau Claire, WI 54701 | Adversary Defendant (Non-appearing)<br>Bankruptcy Trustee & Trustee's Atty. |
| Atty. Robert C. Meyer<br>Sunshine Limited Family Partnership<br>Oakridge Family Limited Partnership<br>All at:<br>2223 Coral Way<br>Miami, FL 33143 | Adversary Defendant (Non-appearing)<br>Adversary Defendant (Non-appearing)<br>Adversary Defendant (Non-appearing) |
| Atty. Daniel R. Freund<br>C & A Investments Partnership<br>Midwest Financial I & II<br>Christianson & Freund LLC<br>920 S. Farwell St., # 1800<br>Eau Claire, WI 54701 | Adversary Defendant (Non-appearing)<br>Adversary Defendant (Non-appearing)<br>Adversary Defendant (Non-appearing)<br>Attorneys for 3 Immediately Preceding |
| Jerry Johnson Revocable Trust<br>(A fake, fraudulent, non-entity of<br>Bernard C. Seidling)<br>c/o Atty. James D. Sweet<br>Steinhilber Swanson LLP<br>8040 Excelsior Dr., #301<br>Madison, WI 53717-2919 | Adversary Defendant (Non-appearing)<br><br><br>Attorney for fake and fraudulent trust |
| Jerry Johnson Revocable Trust<br>c/o Bernard C. Seidling<br>7373 Stone Hill Road<br>Hayward, WI 54843 | Adversary Defendant (Non-appearing) |

&

| | |
|---|---|
| Jerry Johnson Revocable Trust<br>c/o Bernard C. Seidling<br>132 N. Indies Drive  (Duck Key)<br>Marathon, FL 33050 | Adversary Defendant (Non-appearing) |

-4-

**Parties & Interested Persons (Continued)**

| | |
|---|---|
| Brian J. Kelly<br>E5088 880th Avenue<br>Boyceville, WI 54715 | Involuntary Debtor (Appearing)<br>Adversary Plaintiff (Appearing)<br>District Court Appellant (Appearing)<br>7th Circuit Court Appellant (Appearing) |
| Paul L. Kelly<br>E5088 880th Avenue<br>Boyceville, WI 54725 | Adversary Plaintiff (Appearing)<br>District Court Appellant (Appearing)<br>7th Circuit Court Appellant (Appearing) |

Respectfully filed and submitted this 4th day of August, 2021

_____
Brian J. Kelly, Appellant

_____
Paul L. Kelly, Appellant

E5088 880th Avenue
Boyceville, WI 54725
Telephone: (715) 864-0798

Distribution: To the District Court by Filing & To All Other Parties by Mail